IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>BONNIE MCINNIS SEEBERGER,<br>　　　　Defendant. | No. 6:25-MJ-00049-HBK<br>ORDER OF RELEASE |

　　The above named defendant having been sentenced on November 3, 2025 to 3 days in custody (3 days credit for time served),

　　IT IS HEREBY ORDERED that the defendant shall be released November 3, 2025.  A certified Judgment and Commitment order to follow.

Date: 11/3/2025　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Order of Release - 1